Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 06−15461−rb**

**In re:**

| | |
|---|---|
| Manuel Sebastian | Marta W. Rodriguez |
| 2029 West 101st Street | 2029 West 101st Street |
| Cleveland, OH 44102 | Cleveland, OH 44102 |

**Social Security No.:**
 xxx−xx−6563                                         xxx−xx−2649

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Lauren A Helbling is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 31, 2011                           /s/ Randolph Baxter
Form ohnb136                                          United States Bankruptcy Judge